Case 1:25-cv-01411-MMG    Document 9    Filed 04/08/25    Page 1 of 1



**STEIN | SAKS, PLLC**

Eliyahu R. Babad, Esq.
One University Plaza | Suite 620
Hackensack, NJ 07601
(201) 282-6500 ext. 121
EBabad@SteinSaksLegal.com
Admitted in NY & NJ

April 7, 2025

<u>Via ECF only</u>
Hon. Margaret M. Garnett
United States District Judge
United States District Court
Southern District of New York

   Re: Refellia Roberts v. Trans Union, LLC, et al.
     Case No.: 1:25-cv-01411-MMG

Dear Judge Garnett,

  This firm represents Plaintiff in the above-referenced matter and we write to request. (1) an extension of the deadline for Plaintiff and Defendant First Help Financial ("FHF") and Trans Union, LLC ("Trans Union") to report on their meet and confer efforts in a joint letter, currently April 10, 2025, by thirty (30) days, up to an including May 12, 2025, and (2) extending the stay on Defendants' deadline to file an answer or other responsive pleading pending the Court's evaluation of the joint letter.

  On February 21, 2025, this Court ordered that (1) within thirty (30) days of service of the summons and complaint upon all parties, the Parties must meet and confer for at least one hour in a good-faith attempt to settle the action; (2) that within fifteen (15) additional days the Parties must submit a joint letter to the Court regarding settlement; and (3) that the deadline for Defendants' answer or other responsive pleading be stayed pending the submission of the joint letter.

  FHF and Plaintiff have engaged in meet and confer efforts, and have informally exchanged information and made progress in pursuit of reaching a resolution, but require additional time to further meet and confer and attempt to resolve their differences and potentially settle this matter. This letter-motion is filed by Plaintiff on behalf of Plaintiff and FHF, as FHF has not yet retained local counsel or entered an appearance. FHF is aware of and consents to this Motion. Plaintiff has reached out to Trans Union but has not yet been able to meet and confer as required. Plaintiff therefore makes this motion because it has been having productive settlement discussions with FHF and aims to do the same with Trans Union, but needs more time for both.

  This is Plaintiff's first request for an extension of time.

Application GRANTED. It is hereby ORDERED that the parties' joint letter regarding settlement in accordance with the Court's February 21, 2025 Order (Dkt. No. 6) shall be due no later than **May 12, 2025**. It is further ORDERED that Defendants' deadline to answer, move, or otherwise respond to the Complaint shall remain STAYED pending the parties' joint letter. The Clerk of Court is respectfully directed to terminate Dkt. No. 8.

SO ORDERED. Date: 4/8/2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Sincerely,
s/ *Eliyahu Babad*